PD-1115-15

August 18, 2015

REC'D IN COURT OF APPEALS
12th Court of Appeals District

AUG 24 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

Twelfth Court of Appeals
1517 West Front Street, Suite 354
Tyler, Texas 75702

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 26 2015

Abel Acosta, Clerk

Re: PDR Extension; appeal# 12-14-00201-CR
Trial #: 31189; Cedrick Lewis v. The State of Texas

Dear Twelfth Court of Appeals:

This letter is to request an extension of thirty days to file a Petition for Discretionary Review (PDR).

Today August 18, 2015 I received a letter from my attorney Philip C. Fletcher 800 N. Mallard, Palestine, Texas 75801 dated August 4, 2015; telling me that my appeal was affirmed on July 22, 2015 and have thirty (30) days to file a justifying PDR in my case, because of the late notice from my attorney.

I Cedrick Bernard Lewis, requesting from the Twelfth Court of Appeals an extention of thirty (30) days to draft and file the PDR correctly in a otherwise, timely manner.

Respecting and pursuant to Texas Rule of Appellate Procedure 68, I Cedrick Bernard Lewis make my humble request of an extention to the twelfth Court of Appeals.

Respectfully, Cedrick Lewis

FILED IN
COURT OF CRIMINAL APPEALS

AUG 27 2015

Abel Acosta, Clerk

Cedrick Bernard Lewis # 1938672
Allred Unit
2101 FM 369 N.
Iowa Park, Texas 76367

CMRRR NO. 7002 2410 0004 1477 6786

12th Court of Appeals of Texas                    8-19-2015

I do not have Access to a copyer. I wanted to Know if I can have the Court's permission to make fewer copy's and if you would suspend the rule requiring eleven copys?

I also want to Know if the court will grant me a 15 day extension to File the P.D.R which is currently due in by September 5th, 2015.

Respectfully Sent

Jason Frizzell

Jason Frizzell # 1915199
Gib Lewis HS
777 Fm 3497
woodville, TX 75990

REC'D IN COURT OF APPEAL
12th Court of Appeals District

AUG 2 4 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 26 2015

Abel Acosta, Clerk